FILED

1 Bruce Robert Montague (Full Name)
2 calif.bus.and.prof.code.paralegal@gmail.com (Email Address)
3 1301 Paseo Cielo Street (Address Line 1)
4 San Dimas, California 91773 (Address Line 2)
5 (909) 443-8285 (Phone Number)
6 Plaintiff in Pro Per

2021 APR -7 PM 2: 21

ORIGINAL

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Bruce Robert Montague,
Plaintiff,

vs.

Los Angeles County Sherriff's department

Defendant(s).

Case No.: LACV21-3018-JGB-MAA
(To be supplied by the Clerk)

**Civil Rights Complaint Pursuant to 42 U.S.C. § 1983 (non-prisoners)**

Jury Trial Demanded: ☒Yes ☐ No

(*All paragraphs and pages must be numbered.*)

## I. JURISDICTION

1. This court has jurisdiction under 28 U.S.C. § 1331 and 28 U.S.C. § 1343. Federal question jurisdiction arises pursuant to 42 U.S.C. § 1983.

## II. VENUE

2. Venue is proper pursuant to 28 U.S.C. § 1391 because Defendants employed in this judicial district. Plaintiff resides in this judicial district. Also, civil rights violation in question and harm happened in this judicial district.

Page Number 1.

## III. PARTIES

3. Plaintiff **Bruce Robert Montague** resides at:
*(your full name)*

**1301 Paseo Cielo Street  San Dimas, California 91773**
*(your address)*

*(You should specifically identify each Defendant you intend to sue in a separate, numbered paragraph.)*

4. Defendant **Los Angeles County Sheriff's department** works at
*(full name of Defendant)*
**4700 Ramona Boulevard Monterey Park, California 91754**
*(Defendant's place of work)*

Defendant's title or position is **Sheriff's department personnel**
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☒ individual capacity           ☒ official capacity

This Defendant was acting under color of law because: **Uniformed County Sherriff's personnel in patrol vehicles and afoot persist to create encounters and contacting me while on the job.**

5. Defendant _____ works at
*(full name of Defendant)*
_____
*(Defendant's place of work)*

Defendant's title or position is _____
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity           ☐ official capacity

This Defendant was acting under color of law because: _____

**2.**
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

## IV. STATEMENT OF FACTS

*(Explain what happened in your own words. You do not have to cite legal authority in this section. Be specific about names, dates, and places. Explain what each Defendant did. Remember to number every paragraph.)*

5. Honestly, I believe that I am a victim of stalking. To the best of my senses, and for what I believe in truth; for what I have experienced and documented in my stalking - Incident Log since March, 2020 and all the way through to this present date; someone acting independently and in a group has been perpetrating activities that I learned are published by definition as stalking. Most of the activity is covert.

6. The perpetrator(s) who have been stalking me make me feel alarmed too often. I believe they are pestering me to harass, annoy, provoke, and intimidate me. They are watching me. I believe they follow me at home and into the public. Somebody is sneaking into my home because I see the damages that occur. My automobile has been damaged too. Multiple individuals have been approaching me and showing up

7. unwanted at my home and in the public. They drive very dangerously near my vehicle in traffic nearly striking me. Sometimes I get unwanted phone calls and texts, voicemails too. In fact, the detective next door is using technology such as a custom designed, high-tech, computer-assisted electronics surveillance system with multiple cameras on swivels equipped with microphones for listening. And I do believe that these detectives are monitoring me regularly; monitoring my personal activities, and intimate moments too while I am in seclusion of my home.

Civil Rights Complaint Pursuant to U.S.C. § 1983

8. In addition, when I travel in to the public, I encounter too many situations where Los Angeles County Sheriff's department personnel suddenly appear at my location thereby tracking me. Recently, they began driving to my home residence using spotlights to conduct searches and surveillance onto my home residence. I have documented the occurrences. Now they happen regularly since February 7, 2021 .. Including 2/23, 2/24, 2/28, 3/2, 3/6, 3/13, 3/17, 3/19, 3/29, and more. Other than that, the adverse

9. circumstances I encounter make me feel apprehensive because somebody acting independently and in a group are striking the exterior structure of my home residence causing noise and damages. As one example, I saw serious damage caused by somebody who entered our home and used some type of power tool to pound holes and major cracks into the concrete floor of the garage. Other damages include stucco walls, wood, roof, windows, window screens, driveway, plants in yard, 2004 Ford EXPLORER, and more items of property.

10. Additionally, somebody who was acting covert-hiding near my home shot one fragment of ammunition at my head, missed by one inch and struck the stucco wall next to me. I have heard persons speaking racist epithets to me in saying, "Hey You Jew!" and, "You are a Jew!" Plus, I believe the stalkers have tunneled underneath into the subsoil of my home because of the noise. Somebody transfers chemical gas fumes into my home to harm me. My elderly Mother's personal computer has been hacked at home and cash stolen from her bank account. I've heard loud gunshots,

## V. CLAIMS

### Claim #1

11. Plaintiff realleges and incorporates by reference all of the paragraphs above.

12. Plaintiff has a claim under 42 U.S.C. §1983 for violation of the following federal constitutional or statutory civil right: Title 18 United States Code Section 2261A

13. The above civil right was violated by the following Defendants: Los Angeles County Sheriff's department personnel

*(You may list facts supporting your claim. Be specific about how each Defendant violated this particular civil right.)*

14. Stalking me at my home and into the public, conducting unwarranted search and surveillance activity into my private property home residence with no consent, and denying my civil right to be let alone thereby obstructing equal protection of the law and Equal justice under law.

15. As a result of the Defendant's violation of the above civil right, Plaintiff was harmed in the following way: I feel extensive alarm, and apprehensive; and I experience the infliction of emotional distress. Exacerbating my medical condition, Tourette Syndrome.

## Claim #2

*(insert Claim#)*

16. Plaintiff realleges and incorporates by reference all of the paragraphs above.

*(List any other legal claim you have that is related to your civil rights claim.)*

17. Fourth Amendment to the Constitution of the United States of America.

18. Plaintiff alleges the above claim against the following Defendant(s):

Los Angeles County Sheriff's department personnel.

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

19. By using automobiles and afoot, defendants have been conducting ongoing unwarranted searches and surveillance activities using spotlights into my private property home residence with no consent thereby violating my personal and reasonable expectation of privacy at my home. Defendants have denied my right to be free from unreasonable government intrusion.

20. As a result of the Defendant's violation of the rights giving rise to this claim, Plaintiff was harmed in the following way:

I feel alarmed and apprehensive from the acts causing the infliction of emotional distress and exacerbating my medical condition, Tourette Syndrome

6
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

## VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

21. $1,000,000.00 for civil redress compensatory damages for the apprehension, acts, intent, and causation being the substantial factor in bringing the consequence of this matter to the Court of Justice.

22. As a consequence, I am feeling the infliction of emotional distress wrought against me by the actions of defendants. I feel harmed by the ongoing and offensive conduct that I have endured so far.

23. As a matter of fact, I wish to notify this court of justice about the oppressive, intimidating, prejudice, and the abusive conduct forced against me by the defendants in this case at law.

24. Any further relief for which the court may deem appropriate.

Dated: April 7, 2021
Sign: Bruce Robert Montague
Print Name: Bruce Robert Montague

Civil Rights Complaint Pursuant to U.S.C. § 1983

## DEMAND FOR JURY TRIAL

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Dated: April 7, 2021
Sign: Bruce Robert Montague
Print Name: Bruce Robert Montague

Civil Rights Complaint Pursuant to U.S.C. § 1983